Charles W. Helsel et al., plaintiffs in error, v. M. L. Rau, defendant in error. Gen. No. 33,985.

Heard in the third division of this court for the first district at the December term, 1929. Opinion filed January 28, 1931.

Shanner & Shanner, for certain plaintiff in error; Wendell H. Shanner, of counsel. Eastman, White, Hawxhurst & Lind, for certain other plaintiff in error; Homer C. Dawson, of counsel. William O. DeSouchet, for defendant in error.

Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Benton Baker, plaintiff in error. Gen. No. 34,042.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed January 28, 1931.

Bernstein & Gordon, for plaintiff in error; John E. Foster, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.

E. H. Ashdown and G. R. Williams, trading as Ashdown Williams & Company, appellees, v. Marek Kraus, appellant. Gen. No. 34,063.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed January 28, 1931. Rehearing denied February 9, 1931.

Isidore Brown, for appellant; Charles E. Loy and A. Abraham Ziedman, of counsel. McElroy, Ehrhardt & Quigley, for appellees; Charles F. McElroy, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Elias Fischheimer, appellant, v. Wilhelmina Mathies Goehring, appellee. Gen. No. 34,072.

Heard in the third division of this court for the first district at the February term, 1930. Opinion filed January 28, 1931.

Harry Bierma, for appellant. Cohen & Berke, for appellee.

Mr. Justice Friend delivered the opinion of the court.